## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01846-PAB-NYW

MATTHEW HENDERSON, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendant's Motion to Stay Proceedings Pending Ruling on Defendant's Motion to Compel Arbitration ("Motion to Stay"). [#26, filed November 6, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated August 28, 2015 and the memorandum dated November 6, 2015 [#27].

    Defendant seeks to stay all proceedings in this action pending resolution of its Motion to Compel Arbitration [#25], which is currently pending before the Honorable Philip A. Brimmer, the presiding judge in this matter. Defendant represents in the Motion to Stay that at the time of filing, counsel for Plaintiff had not determined whether his client opposed the relief sought in the Motion. To date, Plaintiff has not filed a response to the Motion to Stay or otherwise indicated any opposition, and this court construes the Motion to Stay as unopposed.

    IT IS ORDERED:

1. The Motion to Stay Proceedings Pending Ruling on Defendant's Motion to Compel Arbitration [#26] is **GRANTED**;
2. To the extent deadlines set by the Scheduling Order have already expired, the court will address the need for amendment, if necessary, by motion if and when the stay is lifted; and
3. The Parties shall file a joint status report with the court within five days of a ruling on the Motion to Compel Arbitration [#25], should the ruling not dispose of this case in its entirety.

DATED: December 30, 2015